STATE SAVINGS & LOAN ASSOCIATION, Plaintiff-Appellee, *v.* RALPH E. COREY and ROBERT M. KIMBROUGH, Defendants-Appellants

NO. 5699

SEPTEMBER 3, 1975

RICHARDSON, C.J., KOBAYASHI AND MENOR, JJ.,
AND CIRCUIT JUDGE VITOUSEK IN PLACE OF
OGATA, J., DISQUALIFIED, AND
CIRCUIT JUDGE FONG ASSIGNED BY REASON OF VACANCY

*Per Curiam.* Upon consideration of the briefs filed herein, the oral arguments, and the record in this case, we are of the opinion that the contentions of the appellants are without merit, save and except:

The order of the trial court requiring appellant Corey to disclose the names and addresses of a portion of his clients is hereby set aside.

*Helen B. Ryan (Ryan & Ryan* of counsel) for defendants-appellants.

*Edward A. Jaffe (Cades, Schutte, Fleming & Wright* of counsel) for plaintiff-appellee.